IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SANDRA K. JAMES,  )
                  )
       Plaintiff, )
                  )
  v.              )   1:04CV01190
                  )
JO ANNE B. BARNHART, )
Commissioner of Social Security, )
                  )
       Defendant. )

### ORDER

On May 31, 2006, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections to the Recommendation within the time limit prescribed by Section 636 and defendant filed a response.

The Court has reviewed plaintiff's objections and defendant's response de novo and finds they do not change the substance of the United States Magistrate Judge's rulings which are affirmed and adopted.

**IT IS THEREFORE ORDERED** that plaintiff's motion for summary judgment (docket no. 11) is denied, that defendant's motion for judgment on the pleadings (docket no. 13) is granted, and that this action be, and the same hereby is, dismissed.

_____
United States District Judge

July 7, 2006