IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SANDRA K. JAMES,                         )
                                         )
                    Plaintiff,           )
                                         )
          v.                             )    1:04CV01190
                                         )
JO ANNE B. BARNHART,                     )
Commissioner of Social Security,         )
                                         )
                    Defendant.           )

## J U D G M E N T

For the reasons set out in an Order entered contemporaneously
with this Judgment,

**IT IS ORDERED AND ADJUDGED** that plaintiff's motion for summary
judgment (docket no. 11) is denied, that defendant's motion for
judgment on the pleadings (docket no. 13) is granted, and that this
action be, and the same hereby is, dismissed.

_____
United States District Judge

July 7, 2006